An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

LAWRENCE E. SCHWIGER,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63123

**FILED**

JUN 0 7 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a proper person appeal from an order denying a motion to compel disclosure of exculpatory evidence. Eighth Judicial District Court, Clark County; David B. Barker, Judge.

Because no statute or court rule permits an appeal from an order denying a motion to compel disclosure of exculpatory evidence, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

13-16675

cc: Hon. David B. Barker, District Judge
Lawrence E. Schwiger
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A